452 A.2d 48

Commonwealth v. Rivera, Appellant.

Submitted June 22, 1982. Joseph C. Spaulding, for appellant; Nancy Dena Wasser, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, McEWEN and LIPEZ, JJ.

Judgment of sentence affirmed. Jurisdiction of the Superior Court of Pennsylvania is relinquished and the lower court is directed to enforce its sentence.